IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01916-CMA-KLM

SANDRA ELLIS, on behalf of herself and others similarly situated,

    Plaintiff,

v.

J.R.'S COUNTRY STORES, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate Scheduling Conference** [Docket No. 25; Filed December 14, 2012] (the "Motion"). On December 11, 2012, the District Judge entered an Order staying all proceedings related to Plaintiff's request to certify a class until the District Judge issues a ruling on Defendant's Motion for Summary Judgment. *See Order* [#14] at 8-9. The District Judge also stated in the Order that the parties are not in need of discovery to brief the issues in the Motion for Summary Judgment. *Id.* at 7-8. The Motion for Summary Judgment should be fully briefed on or around January 25, 2013. On December 12, 2012, Plaintiff filed a Response [#28] to the instant Motion stating that she does not oppose vacating the Scheduling Conference in light of the current circumstances of the case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 24, 2013 at 11:00 a.m. is **VACATED** and **RESET** to **May 23, 2013** at **10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **May 17, 2013**.

    Dated: January 8, 2013