IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01916-CMA-KLM

SANDRA ELLIS, on behalf of herself and others similarly situated,

    Plaintiff,

v.

J.R.'S COUNTRY STORES, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 39; Filed April 11, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#39-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: April 12, 2013