IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01916-CMA-KLM

SANDRA ELLIS, on behalf of herself and others similarly situated,

   Plaintiff,

v.

J.R.'S COUNTRY STORES, INC., a Colorado corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Motion to Amend and Correct Scheduling Order** [Docket No. 46; Filed July 1, 2013] (the "Motion").  At the Scheduling Conference held on May 23, 2013, the Court ordered Plaintiff to amend and correct the Scheduling Order with respect to damage calculations.

   IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**.  Accordingly,

   IT IS FURTHER **ORDERED** that the damages calculations set forth in the Motion are hereby incorporated into the Scheduling Order [#45].  *See Motion* [#46] at 1-2.

   IT IS FURTHER **ORDERED** that paragraph 6.c. of the Scheduling Order is amended as follows: "Defendant made its Rule 26a disclosures on January 2, 2013.  Plaintiff made her Rule 26a disclosures on June 20, 2013."

   Dated:  July 2, 2013